UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALI TAJ BEY,

    Plaintiff,

v.                                  Case No: 8:25-cv-1066-WFJ-AEP

STARMARK FINANCIAL SERVICES
LLC, NAVY FEDERAL CREDIT
UNION, EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
MIDLAND CREDIT MANAGEMENT,
INC., NATIONWIDE CREDIT, INC.,
FIGURE LENDING, LLC,
TRANSUNION LLC, AMERICAN
EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.,
LEXISNEXIS RISK SOLUTIONS FL
INC. and FIRSTSOURCE
ADVANTAGE, LLC,

    Defendants.
_____/

# O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 96)** that the above-styled action has been settled in principle as to Defendant Equifax Information Services, LLC only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Equifax Information Services, LLC only and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the

action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Equifax Information Services, LLC only.

    **DONE** and **ORDERED** in Tampa, Florida on August 11, 2025.

                                            s/*William F. Jung*
                                            **WILLIAM F. JUNG**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Plaintiff, *pro se*