## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ALI TAJ BEY,

     Plaintiff,

v.                             Case No: 8:25-cv-1066-WFJ-AEP

STARMARK FINANCIAL SERVICES
LLC, NAVY FEDERAL CREDIT
UNION, EXPERIAN INFORMATION
SOLUTIONS, INC., MIDLAND
CREDIT MANAGEMENT, INC.,
FIGURE LENDING, LLC,
TRANSUNION LLC and LEXISNEXIS
RISK SOLUTIONS FL INC.,

     Defendants.

_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 137)** that the above-styled action has been settled as to LexisNexis Risk Solutions Inc. only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to LexisNexis Risk Solutions Inc., and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to LexisNexis Risk Solutions Inc.

     **DONE** and **ORDERED** in Tampa, Florida on October 2, 2025.

                          s/*William F. Jung*
                          **WILLIAM F. JUNG**
                          **UNITED STATES DISTRICT JUDGE**

**<u>COPIES FURNISHED TO</u>**:  Plaintiff, *pro se* and Counsel of Record